1

2                                                          Honorable Robert S. Lasnik

3

4       

5

6                              09-CV-01420-DECL

7

8

9                    UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF WASHINGTON
10                              AT SEATTLE

11

12  | THE SIGN POST, INC., a Washington |                                    |
    | corporation,                      |                                    |
13  |                                   | NO. CV09-1420 RSL                  |
    |                Plaintiff,         |                                    |
14  |                                   | STIPULATION AND ORDER              |
    |        vs.                        | SUBSTITUTING COUNSEL               |
15  |                                   |                                    |
    | BOB'S BURGER AND BREW OF          | (Proposed)                         |
16  | WASHINGTON, LLC, a Washington limited |                                |
    | liability company; RICK KILDALL; and BOB | NOTE ON MOTION CALENDAR: |
17  | KILDALL,                          | October 28, 2009                   |
    |                                   |                                    |
18  |              Defendants.          |                                    |

19

20                              *STIPULATION*

21       Pursuant to GR 2(g)(4)(A) and CR 7(d)(1), the parties hereby stipulate that Larry

22  Gottlieb, James D. Nelson, and Daniel L. Syhre of Betts, Patterson & Mines, P.S. may

23  substitute for Mark J. Lee of Brownlie, Evans, Wolf & Lee, LLP as counsel of record for

24  Defendants Bob's Burger and Brew of Washington, LLC, Rick Kildall, and Bob Kildall.

25

STIPULATION AND ORDER
SUBSTITUTING COUNSEL
(CV09-1420 RSL)                              - 1 -
/102809 1305/                                                    Betts
                                                                 Patterson
                                                                 Mines
                                                                 One Convention Place
                                                                 Suite 1400
                                                                 701 Pike Street
                                                                 Seattle, Washington 98101-3927
                                                                 (206) 292-9988

1   DATED this 28th day of October, 2009.

2                                   FOCAL PLLC

3

4           By /s/ Venkat Balasubramani
               Venkat Balasubramani, WSBA #28269
5              FOCAL PLLC
               8426 - 40th Avenue Southwest
6              Seattle, Washington 98136
               (206) 529-4827
7              (206) 260-3966 (facsimile)
               venkat@focallaw.com
8

9   Attorneys for Plaintiff

10  BROWNLIE EVANS WOLF & LEE, LLP

11

12          By /s/ Mark J. Lee
               Mark J. Lee, WSBA #19339
13             BROWNLIE EVANS WOLF & LEE, LLP
               230 East Champion Street
14             Bellingham, Washington 98225-4548
               (360) 676-0306
15             (206) 676-8058 (facsimile)
               mark@brownlieevans.com
16

17  Withdrawing Attorneys for Defendants

18

19

20

21

22

23

24

25

STIPULATION AND ORDER
SUBSTITUTING COUNSEL
(CV09-1420 RSL)                          - 2 -
/102809 1305/

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1
2
3  BETTS, PATTERSON & MINES, P.S.
4
5  By /s/ James D. Nelson
6     Lawrence Gottlieb, WSBA #20987
7     James D. Nelson, WSBA #11134
8     Daniel L. Syhre, WSBA #34158
9     BETTS PATTERSON & MINES, P.S.
10    One Convention Place, Suite 1400
11    701 Pike Street
12    Seattle, Washington 98101-3927
13    (206) 292-9988
14    (206) 343-7053 (facsimile)
15    lgottlieb@bpmlaw.com
16    jnelson@bpmlaw.com
17    dsyhre@bpmlaw.com

Substituting Attorneys for Defendants

---

STIPULATION AND ORDER
SUBSTITUTING COUNSEL
(CV09-1420 RSL)
/102809 1305/

- 3 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  ORDER

2  Pursuant to the foregoing stipulation of the parties,

3  IT IS SO ORDERED.

4  DATED this 29th day of October, 2009.

5  _____
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER
SUBSTITUTING COUNSEL
(CV09-1420 RSL)                                  - 4 -
/102809 1305/

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988