**Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE SIGN POST, INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BOB'S BURGER AND BREW OF WASHINGTON, LLC, a Washington limited liability company,<br><br>　　　　　Defendant. | NO. CV09-1420 RSL<br><br>JOINT STATUS REPORT |

The parties submit this Joint Status Report and Discovery Plan pursuant to Western District Local Rule 16(a), Federal Rule of Civil Procedure 26(f) and the Court's Order of November 20, 2009.

A.　　1.　　NATURE AND COMPLEXITY OF THE CASE

This is a copyright dispute. Plaintiff The Sign Post, Inc. ("Sign Post") is a Washington Corporation in the business of manufacturing signs for businesses such as restaurants and banks in Washington State. Defendant Bob's Burger and Brew of Washington, LLC ("Bob's") manages the licensing rights for Bob's Burger & Brew restaurants in the State of Washington.

JOINT STATUS REPORT
No. CV09-1420 RSL                                          - 1 -
425470/122209 0940/63920043

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  The parties have had past interactions over a number of years involving the creation of signs for
2  Bob's Burger & Brew Restaurants.

3  Sign Post's Complaint asserts that that Sign Post has a copyright interest in certain
4  works relating to signage for Bob's Burger & Brew restaurants.  Sign Post claims that Bob's
5  infringed these copyrights by using companies other than Sign Post to manufacture signs for
6  Bob's Burger & Brew restaurants without Sign Post's consent.  Sign Post seeks injunctive and
7  damages remedies for the alleged infringement.

8  Bob's denies that Sign Post has a copyright interest in any Bob's related works.  In the
9  alternative, Bob's denies that it infringed any such interest on the basis of Bob's joint
10 authorship or implied license.  Bob's has counterclaimed for declaratory relief that it owns all
11 Bob's related works and that Sign Post has no copyright interest enforceable against Bob's.

12 The case raises somewhat unusual copyright legal issues that may require resolution by
13 the court.  The extent of factual disagreement among the parties is unclear at this time.
14 Discovery and discussions between the parties should reveal whether the disagreements relate
15 solely to the legal effect of undisputed facts, or if the case also involves material disputes of
16 fact.

B.  2.  RESULTS OF FED. R. CIV. P. 26(f) CONFERENCE

There are no outstanding motions at this time.  The parties have not yet commenced discovery at this time, but are exchanging initial disclosures.  Defendants have filed an Answer, Affirmative Defenses, and Counterclaim.

C.  3.  PROPOSED DEADLINE FOR JOINING ADDITIONAL PARTIES

Additional parties should be joined no later than January 31, 2010.

D.  4.  ALTERNATIVE DISPUTE RESOLUTION

The parties agree that mediation should be used in this matter pursuant to Local Rule CR 39.1.  A Rule 39.1 mediation should be scheduled no later than July 31, 2010.

JOINT STATUS REPORT
No. CV09-1420 RSL                         - 2 -
425470/122209 0940/63920043

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

E.  5.  PROPOSED DISCOVERY PLAN

A.  The parties held an Fed. R. Civ. P. 26(f) conference on December 18, 2009. The parties anticipate exchanging initial disclosures as scheduled on December 25, 2009. The parties also discussed the need for additional discovery at issue in the case and outlined the following plan.

B.  Discovery may be needed upon the following subjects:

- Liability of Defendants;
- Affirmative defenses raised by the Defendants;
- Damages of Plaintiff; and
- Counterclaim.

Discovery should not be conducted in phases.

Discovery should not be limited to particular issues.

C.  At this point, the parties have not identified any necessary changes or limitations on discovery imposed under the Federal and Local Civil Rules.

D.  The parties will manage discovery so as to minimize expense by working cooperatively to limit depositions, exchange documents informally and focus discovery on disputed issues.

E.  Defendants believe a protective order may be appropriate pursuant to Rule 26(c) to address confidentiality of the parties financial information.

F.  6.  DATE BY WHICH DISCOVERY CAN BE COMPLETED
August 31, 2010.

G.  7.  USE OF MAGISTRATE JUDGE
The parties do not consent to trial by Magistrate Judge.

H.  8.  BIFURCATION OF TRIAL
The parties do not agree to bifurcate trial at this point.

JOINT STATUS REPORT
No. CV09-1420 RSL                         - 3 -
425470/122209 0940/63920043

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

I.    9.    PRETRIAL STATEMENTS AND ORDER

The parties would prefer to dispense with the pretrial statements and pretrial order called for by Local Rules 16 and 16.1, and instead develop a joint witness and exhibit list.

J.    10.    SUGGESTIONS TO SHORTEN OR SIMPLIFY CASE

The parties will stipulate to undisputed facts and evidence in an effort to avoid use of unnecessary Court time and streamline presentation of this matter.

K.    11.    TRIAL DATE

The case should be ready for trial by December 1, 2010.

L.    12.    TYPE OF TRIAL

The Plaintiff has demanded a jury trial.

M.    13.    ESTIMATED NUMBER OF TRIAL DAYS

The parties expect to need five trial days.

N.    14.    UNAVAILABILITY OF TRIAL COUNSEL

Counsel for are generally available during the November 2010 - February 2011 time frame, other than December 20 , 2010 though January 5, 2011 and February 21, 2011 through February 21 – 25, 2011.

DATED this 21st day of December, 2009.

                FOCAL PLLC

                By       s/ Venkat Balasubramani (per e-mail authority)
                   Venkat Balasubramani, WSBA #28269
                   FOCAL PLLC
                   8426 - 40th Avenue Southwest
                   Seattle, Washington 98136
                   (206) 529-4827
                   (206) 260-3966 (facsimile)
                   venkat@focallaw.com
                Attorneys for Plaintiff

JOINT STATUS REPORT
No. CV09-1420 RSL             - 4 -
425470/122209 0940/63920043

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1                      BETTS, PATTERSON & MINES, P.S.

2

3                   By  s/ James D. Nelson
                      Lawrence Gottlieb, WSBA #20987

4                       James D. Nelson, WSBA #11134
                      Daniel L. Syhre, WSBA #34158

5                       BETTS PATTERSON & MINES, P.S.
                      One Convention Place, Suite 1400

6                       701 Pike Street
                      Seattle, Washington 98101-3927

7                       (206) 292-9988
                      (206) 343-7053 (facsimile)

8                       lgottlieb@bpmlaw.com
                      jnelson@bpmlaw.com

9                       dsyhre@bpmlaw.com
                 Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JOINT STATUS REPORT
No. CV09-1420 RSL                          - 5 -
425470/122209 0940/63920043

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 21, 2009, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

DATED December 21, 2009.

                                            By:     /s James D. Nelson
                                                 James D. Nelson, WSBA #11134
                                                 BETTS PATTERSON & MINES, P.S.
                                                 One Convention Place, Suite 1400
                                                 701 Pike Street
                                                 Seattle, Washington 98101-3927
                                                 (206) 292-9988
                                                 (206) 343-7053 (facsimile)
                                                 jnelson@bpmlaw.com

JOINT STATUS REPORT
No. CV09-1420 RSL                                         - 6 -
425470/122209 0940/63920043

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988