**Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE SIGN POST, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BOB'S BURGER AND BREW OF WASHINGTON, LLC, a Washington limited liability company; RICK KILDALL; and BOB KILDALL,<br><br>Defendants. | NO. CV09-1420 RSL<br><br>**[PROPOSED]** ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>**Note On Motion Calendar:<br>June 4, 2010** |

THIS MATTER has come on regularly for hearing before the undersigned judge of the above-entitled Court on Plaintiff's Motion For Leave To Amend Complaint. The Court has considered the Motion, and the submissions in support and opposition thereto, and is fully apprised in the premises. NOW, THEREFORE, it is hereby ORDERED as follows:

1. Plaintiff's Motion for Leave to Amend Complaint is hereby DENIED;

2. The Sign Post has failed to show good cause for modifying the scheduling order;

3. _____ _____; and

4. _____ _____.

**[PROPOSED]** ORDER DENYING
PLAINTIFF'S MOTION FOR LEAVE TO
AMEND COMPLAINT - NO. 09-1420 RSL         - 1 -

422050/060110 1350/63920043

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1   DONE IN OPEN COURT this _____ day of _____, 2010.

2

3

4
                                                    _____
5                                                   Robert S. Lasnik
                                                    United States District Judge
6

7   Presented by:

8   BETTS, PATTERSON & MINES, P.S.

9

10  By    /s  Daniel L. Syhre
        Lawrence Gottlieb, WSBA #20987
11      James D. Nelson, WSBA #11134
        Daniel L. Syhre, WSBA #34158
12  Betts Patterson & Mines, P.S.
    One Convention Place, Suite 1400
13  701 Pike Street
    Seattle, Washington 98101-3927
14  Telephone: (206) 292-9988
    Facsimile: (206) 343-7053
15  E-mail:    lgottlieb@bpmlaw.com
    E-mail:    jnelson@bpmlaw.com
16  E-mail:    dsyhre@bpmlaw.com
17
    Attorneys for Defendants
18

19

20

21

22

23

24

25

**[PROPOSED]** ORDER DENYING
PLAINTIFF'S MOTION FOR LEAVE TO
AMEND COMPLAINT - NO. 09-1420 RSL      - 2 -

422050/060110 1350/63920043

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**CERTIFICATE OF SERVICE**

I, Daniel L. Syhre, hereby certify that on June 1, 2010, I electronically filed the following:

- **[Proposed] Order Denying Plaintiff's Motion For Leave To Amend Complaint;**

- **Certificate of Service;**

with the Court using the CM/ECF system which will send notification of such filing to the following:

> *Counsel for Plaintiff The Sign Post, Inc.*:
> Venkat Balasubramani
> Focal PLLC
> 8426 – 40th Avenue S.W.
> Seattle, WA  98136
> venkat@focallaw.com

DATED this 1st day of June, 2010.

        BETTS, PATTERSON & MINES, P.S.


By   /s  Daniel L. Syhre
    Lawrence Gottlieb, WSBA #20987
    James D. Nelson, WSBA #11134
    Daniel L. Syhre, WSBA #34158
Betts Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
Telephone:  (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:      lgottlieb@bpmlaw.com
E-mail:      jnelson@bpmlaw.com
E-mail:      dsyhre@bpmlaw.com

Attorneys for Defendants

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR LEAVE TO
AMEND COMPLAINT - NO. 09-1420 RSL    - 3 -

422050/060110 1350/63920043

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988